```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
                CASE NO. 07-20563-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

FABIAN BERNAL-BENITEZ,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to Magistrate Judge Peter R. Palermo on February 29, 2008. A Report and Recommendation was filed on March 18, 2008, recommending payment in the amount of $13,583.05 as to voucher number FLS071848 The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of March, 2008.

                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

Copied: Kenneth White, Esq.